

# Missouri Court of Appeals
## Southern District

**JUNE 13, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD32926 & SD32927

  Re: In the Interest of:
     B.L.B., JR.,
     and L.D.L.B.